BOLTON HALL et al., Respondents, *v.* THE UNITED STATES
        REFLECTOR COMPANY et al., Appellants.

(Submitted April 14, 1885 ; decided April 28, 1885.)

*Edward P. Wilder* and *Malcolm Graham* for appellants.

*Wm. B. Hornblower* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

HENRY A. GILDERSLEEVE, Appellant, *v.* THE MAYOR, ALDER-
    MEN AND COMMONALTY OF THE CITY OF NEW YORK,
    Respondent.

(Argued April 15, 1885 ; decided May 5, 1885.)

*Henry W. Johnson* for appellant.

*D. J. Dean* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

---

THE BOARD OF COMMISSIONERS OF PILOTS, Respondent, *v.* JOHN
        W. AMBROSE et al., Appellants.

(Argued April 16, 1885 ; decided May 5, 1885.)

*George H. Starr* for appellants.

*William Allen Butler* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.